CHICAGO—FIRST DISTRICT—NOVEMBER, 1916.    127

Laski v. National Council, K. & L. of Security, 202 Ill. App. 127.

## Mary Laski, Appellee, v. National Council, Knights and Ladies of Security, Appellant.

### Gen. No. 22,467.    (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. JOHN A. MAHONEY, Judge, presiding. Heard in this court at the March term, 1916. Reversed and remanded. Opinion filed November 27, 1916. Rehearing denied December 11, 1916.

### Statement of the Case.

Action by Mary Laski, plaintiff, against the National Council, Knights and Ladies of Security, a corporation, defendant, on a benefit certificate of insurance. From a judgment for plaintiff, defendant appeals.

A. W. FULTON, for appellant.

J. LEONARD BRILL and HAROLD O. MULKS, for appellee.

MR. PRESIDING JUSTICE MCSURELY delivered the opinion of the court.

### Abstract of the Decision.

1. INSURANCE, § 897*—*when question whether insured violated terms of certificate is question for jury.* In an action on a benefit certificate, the question whether the deceased had violated his agreement under the certificate or was intemperate in the use of liquors and had died directly or indirectly as a result thereof, which, if so, would under the terms of the certificate prevent a recovery, *held* for the jury.

2. INSURANCE, § 895a*—*when exclusion of evidence as to deceased's habits and cause of death is erroneous.* In an action on a benefit certificate, providing that it should become void if the insured became or was intemperate in the use of liquors after his admission,

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

or if his death should result directly or indirectly from the intemperate use of intoxicating liquors, the exclusion of evidence by a physician that he had examined the insured shortly before his death and that in his opinion the deceased had died of alcoholism, and of testimony of witnesses who worked with him as to his habits with reference to intoxication, *held* erroneous.

## Lester C. Seawell, Plaintiff in Error, v. Oregon Short Line Railroad Company, Defendant in Error.

### Gen. No. 22,807.   (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. HOSEA W. WELLS, Judge, presiding. Heard in this court at the October term, 1916. Affirmed. Opinion filed November 27, 1916.

### Statement of the Case.

Action by Lester C. Seawell, plaintiff, against the Oregon Short Line Railroad Company, defendant. From a judgment entered on a directed verdict for defendant, plaintiff prosecutes a writ of error.

The facts and questions involved in this case appear in volume 192 Appellate Court reports at page 273, where is the opinion of one of the branches of this court when the case was here before. It went to the Supreme Court consolidated with *Looney v. Oregon Short Line R. Co.*, and that court reversed the judgment of the Appellate Court and the Municipal Court and remanded the cause. See 271 Ill., page 538. Upon the second trial in the Municipal Court the jury were directed to bring in a verdict in favor of the defendant.

C. A. BUTLER, for plaintiff in error.

JOHN A. SHEEAN, for defendant in error.